# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

vs.    Crim. No. 0419  3:07CR00011-1

Timothy Trion Steele

On 10/13/2010, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Timothy Trion Steele be discharged from supervision.

Respectfully submitted,

by s/ Valerie G. Debnam
Valerie G. Debnam
U. S. Probation Officer
200 S. College St
Suite 1650
Charlotte , NC  28202
704-350-6656

Approved By:

s/ Lisa G. Morris
Lisa G. Morris
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: January 15, 2013

Robert J. Conrad, Jr.
Chief United States District Judge